**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 14-CIV-62810-BLOOM/Valle**

LEMUEL NELSON,
    Plaintiff,

vs.

COUNTY LINE WINDOWS & DOORS, INC.,
a Florida corporation,
*and* TEJEDA, ANDRES,
an individual,
    Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, LEMUEL NELSON, an Individual, through his undersigned counsel, and in accordance with the parties' written agreement, stipulate to the dismissal with prejudice of this action. Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F. 3d 1272 (11th Cir. 2012), the parties request that the Court retain jurisdiction to enforce the terms of the settlement agreement between the Plaintiff and the Defendants, and further stipulate that dismissal is contingent upon the Court so exercising its authority to retain jurisdiction[1]. Each party to bear their own attorney's fees and costs except as otherwise described in their written agreement.

Dated: April 24, 2015.

                                                                       Respectfully submitted,

---

[1] "The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

**The Shemtov Law Firm, P.A.**
*Attorney for Plaintiff*
<u>By: S/ Tal Shemtov</u>
**Tal Shemtov, Esquire**
Florida Bar No. 28456
9715 West Broward Blvd. #256
Plantation, Fl 33324
Telephone: (954) 861-9787
Facsimile: (954) 236-3530
SHEMTOVLAWFIRM@YAHOO.COM
