UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-62810-BLOOM/VALLE

LEMUEL NELSON,

    Plaintiffs,

v.

COUNTY LINE WINDOWS AND DOORS, INC.,
and ANDRES TEJADA,

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** came before the Court upon the Plaintiff's Stipulation for Dismissal with Prejudice, ECF No. [12]. Being fully advised it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorney's fees. The Court shall retain jurisdiction to enforce the terms of the written settlement agreement between the parties.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 28th day of April, 2015.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record